# In The United States Court of Federal Claims

## Cover Sheet

**04-1051C**

Plaintiff(s) or Petitioner(s)

Anteon Corporation, on behalf of its subcontractor, Envisioneering, Inc. (real party in interest)

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] ____John Lukjanowicz_________

Firm Name: ___Oles Morrison Rinker & Baker LLP___

Post Office Box: ______________________

Street Address: 701 Pike Street, Suite 1700____________

City-State-Zip: _Seattle, WA 98101-3930_______________

Telephone & Facsimile Numbers: Phone (206) 623-3427; Fax (206) 682-6234

E-mail address: lukjanowicz@oles.com

Is the attorney of record admitted to the Court of Federal Claims Bar? __Yes_________
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

______________________

______________________

Government Agency Involved: G 5 A

**See attached Sheet for three digit code.**

Amount Claimed: $ Principal Amount of $198,971.44

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______________________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003