IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTEON CORP., on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest), | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1051C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 45-day enlargement of time, up to and including October 7, 2004, within which to respond to plaintiff's complaint. The Government's response currently is due on August 23, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel and agency counsel require additional time to formulate the United States' position with respect to this complaint. Due to the retirement of the contracting officer, the General Services Administration ("GSA") has been unable to assemble the relevant documents in a timely manner. Without a complete set of documents, GSA has been unable to complete a litigation report in this matter. See 28 U.S.C. §520. Without the litigation report, the undersigned counsel is unable to respond to the complaint in a substantive manner. See RCFC 11. Accordingly, the United States needs additional time to respond to plaintiff's complaint. For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time, to and including October 7, 2004, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee by Robert E. Kirschman
BRYANT G. SNEE
Assistant Director

OF COUNSEL:
JONATHAN R. CELNIKER
General Services Administration
450 Golden Gate Ave., 5W
San Francisco, CA 94102

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965

August 16, 2004

Attorneys for Defendant