# In the United States Court of Federal Claims

**NOTICE**

**ANTEON CORP.,**

**No. 04-1051C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., August 16, 2004**

To Attorney of Record, Assistant Attorney General, and Chief Judge Edward J. Damich:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed August 16, 2004, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk