IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTEON CORP., on behalf of its subcontractor,<br>ENVISIONEERING, INC. (real party in interest), | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1051C<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 21-day enlargement of time, up to and including December 20, 2004, within which to file the Joint Preliminary Status Report ("JPSR") in this case. The JPSR currently is currently due on November 29, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that the parties have been unable to hold an early meeting of counsel in this matter as required by Appendix A of the Rules of the United States Court of Federal Claims. In the last month, Government counsel has been responsible for defending multiple depositions and responding to discovery requests in Washington Office Center v. United States, Fed.Cl. No. 04-165C. Government counsel also has been responsible for filing a dispositive motion in HDM Corp. v. United States, Fed. Cl. No. 04-694C, on November 18, 2004, and a response brief in Hursh v. GSA, Fed. Cir. No 04-3454, on November 19, 2004. Additionally, Government counsel will be on vacation during the week following the Thanksgiving holiday.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion to file the Joint Preliminary Status Report on or before December 20, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee by Kathryn A. Bleecker
BRYANT G. SNEE
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 305-2118

Attorneys for Defendant

OF COUNSEL:
JONATHAN R. CELNIKER
General Services Administration
450 Golden Gate Ave., 5W
San Francisco, CA 94102

October 24, 2004