# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: December 3, 2004)

************************************
**ANTEON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On November 24, 2004, Defendant filed its first Unopposed Motion for an Enlargement of Time for the parties to file their Joint Preliminary Status Report (JPSR). In that motion, Defendant represented that the parties have been unable to hold the early meeting of counsel due to various other work-related responsibilities.

Since Defendant's motion is unopposed and for good cause shown, the motion is hereby GRANTED. Therefore, the parties are ORDERED to file their JPSR on or before **December 20, 2004**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge