# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: December 22, 2004)

***********************************
**ANTEON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

It is hereby ORDERED that the Court will hold a preliminary status conference on **January 7, 2004**, at 10:00 am Eastern Time. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge