# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: January 7, 2005)

***********************************
**ANTEON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

As discussed in the preliminary status conference held on January 7, 2004, it is hereby ORDERED that the parties will adhere to the following discovery schedule:

1. Any joinder of additional parties and amendments to pleadings shall be completed on or before **January 14, 2005**.

2. All Rule 26(a)(1) disclosures shall be exchanged on or before **January 19, 2005**.

3. Document exchange shall occur on or before **June 15, 2005**.

4. Fact discovery shall close on **July 15, 2005**.

5. If expert testimony is needed, the parties shall exchange expert reports on or before **September 15, 2005**.

6. All discovery shall close on **October 14, 2005**.

7. A post-discovery joint status report shall be due on **October 21, 2005**.

8. A status conference shall be held on **October 28, 2005** at 10:00 am Eastern

Time to discuss the scheduling of dispositive motions or trial. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge