**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ANTEON CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1051C** |
| | ) | **(Chief Judge Edward J. Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas Mickle as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: September 26, 2005

S/Douglas K. Mickle
Douglas Mickle
Attorney
Commercial Litigation Branch
Civil Division
Tele: (202) 353-7961
Fax#: (202) 353-7988

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 26, 2005, a copy of the foregoing "**NOTICE OF APPEARANCE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle