IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ANTEON CORP., on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest),

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1051C
(Chief Judge Damich)

JOINT MOTION TO FILE A STATUS REPORT REGARDING DISCOVERY OUT OF TIME AND THE JOINT STATUS REPORT REGARDING DISCOVERY

The parties submit this joint motion seeking to file their joint status report regarding discovery three days out of time. Pursuant to the Court's order dated January 7, 2005, the joint status report was due on October 21, 2005. The parties did not file this report on Friday due to internal errors calendering the filing date.

The parties respectfully report that each side has produced responsive documents for inspection. Counsel are currently in the process of reviewing these documents; however, the parties believe that an additional 60 days is needed to complete the discovery process.[1] The parties' initial review of the documents that have been produced lead counsel to believe that this matter will be able to be resolved by cross-motions for summary judgment.

Finally, as noted in the joint status report filed on December 20, 2004, the parties informed the Court that the parties were agreeable to discussing the possibility of utilizing an Alternate Disputes Resolution ("ADR") method; however, the parties also stated that they believed that the viability of ADR would best be discussed after engaging in limited discovery.

---

[1] Additionally, Government counsel, who was recently transferred this case from a colleague who left the National Courts' section, will use this time to continue to familiarize himself with the issues in the case.

The parties now believe that ADR has potential benefits in this matter, and will be able to tell the Court if they plan to ask the Court to assign the case to an ADR judge at the conclusion of discovery.

For the reasons stated above, the parties respectfully submit this motion seeking to file this status report regarding discovery three days out of time with the parties' status report. The parties further respectfully request that the Court extend the deadline for discovery sixty days until December 12, 2005. Finally, the parties believe that at that time, the parties will inform the Court of their intention regarding filing a dispositive motion in this matter or whether ADR should be attempted.

Respectfully submitted,

By Plaintiff:

s/John Lukjanowicz
JOHN LUKJANOWICZ
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Tel: (206) 623-3427
Fax: (206) 682-6234
Attorney for Plaintiff

By Defendant:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:
JONATHAN R. CELNIKER
General Services Administration
450 Golden Gate Ave., 5W
San Francisco, CA 94102

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

October 24, 2005

Attorneys for Defendant