# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: October 25, 2005)

| | |
|---|---|
| *********************************** | |
| **ANTEON CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On October 24, 2005, the parties filed a Joint Motion to File a Status Report Regarding Discovery Out of Time, and incorporated their joint status report within the motion. The Court hereby GRANTS their motion; and orders the Clerk of the Court to file the joint status report.

The parties also requested that the Court extend the discovery deadline an additional 60 days. In support thereof, the parties indicated that progress has been made, but that additional discovery is needed. In addition, Defendant's counsel indicated that he recently took over the case on September 26, 2005, so the extension would enable him to review the documents received from Plaintiff and determine how to proceed. The parties also indicated that the extension would allow them to determine whether ADR should be pursued. In light of these circumstances, the parties' request is GRANTED, and discovery is hereby extended an additional 60 days. Accordingly, the following is ORDERED:

- The telephonic status conference scheduled for **October 28, 2005**, is hereby cancelled.
- Fact and expert discovery shall close on **December 25, 2005.**
- The parties shall file a joint status report on or before **January 3, 2006**, in which they inform the Court of the discovery completed, whether they plan to pursue ADR, and a recommendation on how to proceed.

- A telephonic status conference is scheduled for **January 13, 2006, at 11 a.m.**

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge