# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTEON CORPORATION, on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest), | ) | |
| Plaintiff, | ) | No. 04-1051C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S COUNSEL'S CERTIFICATION STATEMENT

I, Douglas K. Mickle, declare the following is true and correct:

1. My name is Douglas K. Mickle and I am an attorney at the Commercial Litigation Branch of the Civil Division, United States Department of Justice. In this capacity I am counsel of record in Anteon Corporation v. United States, Fed. Cl. No. No. 04-1051. I filed an entry of appearance on September 26, 2005.

2. Pursuant to paragraph 8.f.ii of the Court's Special Procedures Order (Revised June 22, 2004) that was issued on July 16, 2004, I certify that I have been unsuccessful in my attempts to resolve this matter in good faith with counsel for Anteon Corporation ("Anteon"). I further assert that although I appreciate the dilemma counsel for Anteon faces with obtaining responsive information from Anteon's subcontractor, Envisioneering Incorporated (the real party in interest), because discovery closes on December 25, 2005, the Government can longer delay filing this motion.

3. I declare under penalty of perjury that the foregoing is true and correct.

s/Douglas K. Mickle
Douglas K. Mickle