**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ANTEON CORPORATION, on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest),<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-1051C<br>(Chief Judge Damich) |

PLAINTIFFS' (OUT OF TIME) RESPONSE TO
DEFENDANT'S MOTION TO COMPEL DISCOVERY

The plaintiffs, Anteon Corporation, on behalf of its subcontractor, Envisioneering, Inc., the real party in interest (hereinafter referred to as "Anteon/Envisioneering"), hereby respond (out of time) to Defendant's Motion to Compel Discovery, filed with the Court on December 7, 2005 (hereinafter "Defendant's Motion"). Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, Anteon/Envisioneering moves the Court to accept and consider "Plaintiffs' (Out of Time) Response to Defendant's Motion to Compel Discovery" and to deny Defendant's Motion on the ground of mootness.

Anteon/Envisioneering has now answered Defendant's Interrogatories and Request for Production of Documents. Accordingly, the relief sought in Defendant's Motion has now been provided to Defendant, and Defendant's Motion should be dismissed as moot.

In support of Plaintiffs' (Out of Time) Response, Anteon/Envisioneering relies on the following assertions found in the accompanying Declaration of John Lukjanowicz:

1. On January 2, 2006, Anteon/Envisioneering e-mailed to Douglas K. Mickle Plaintiffs' Responses to Defendants' First Set of Interrogatories and Defendant's First Request for Production of Documents.

2. On January 3, 2006, Anteon/Envisioneering will transmit (via facsimile and FedEx) to Defendant's counsel Plaintiff's Response to Defendant's First Set of Interrogatories and Defendant's First Request for Production of Documents

3. In light of the Plaintiffs' recent filing of responses to Defendant's discovery requests, the relief Defendants seeks in its Motion to Compel is moot.

4. The Court should accept Plaintiffs' (Out of Time) Response to Defendant's Motion to Compel, and should deny Defendant's Motion to Compel as moot.

By: s/John Lukjanowicz
JOHN LUKJANOWICZ
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234
Email: Lukjanowicz@oles.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 3, 2006, a copy of the foregoing “PLAINTIFFS’ (OUT OF TIME) RESPONSE TO DEFENDANT’S MOTION TO COMPEL DISCOVERY” with its accompanying AFFIDAVIT OF JOHN LUKJANOWICZ was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

Respectfully submitted,

s/John Lukjanowicz
JOHN LUKJANOWICZ