**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ANTEON CORPORATION, on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest),<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-1051C<br>(Chief Judge Damich) |

DECLARATION OF JOHN LUKJANOWICZ IN SUPPORT OF PLAINTIFFS' (OUT OF TIME) RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

I, John Lukjanowicz, declare the following to be true and correct.

1. I am the primary attorney representing Anteon Corporation on behalf of its subcontractor, Envisioneering, Inc., the real party in interest in this litigation.

2. On Monday, January 2, 2006, I transmitted, via e-mail, Plaintiffs' Responses to Defendant's First Set of Interrogatories and Defendant's First Request for Production of Documents.

3. On Tuesday, January 3, 2006, I will forward, Via facsimile and Fed Ex, to the Government's attorney, Douglas K. Mickle, Plaintiffs' Response to Defendant's First Set of Interrogatories and Defendant's First Request for Production of documents.

I declare under penalty of perjury that the foregoing is true and correct.

s/John Lukjanowicz
JOHN LUKJANOWICZ

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 3, 2006, a copy of the foregoing "DECLARATION OF JOHN LUKJANOWICZ IN SUPPORT OF PLAINTIFFS' (OUT OF TIME) RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

s/John Lukjanowicz
JOHN LUKJANOWICZ