**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ANTEON CORP., on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest),

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1051C
(Chief Judge Damich)

**JOINT STATUS REPORT**

On January 4, 2006, the Court issued a Discovery Scheduling Order, stating that in light of the parties' January 3, 2006 joint status report, discovery in this matter was extended to March 6, 2006. In that order, the Court also ordered the parties to file a joint status report on or before March 17, 2006, and scheduled a telephonic status conference for March 29, 2006. On March 13, 2006, pursuant to the parties' request, the Court granted defendant's unopposed motion for extension of time to file joint status report, and ordered the parties to file a joint status report on or before March 24, 2006. In the March 13, 2006 Order, the Court also rescheduled the telephone status conference that was set for March 29, 2006 to April 12, 2006.

In previous status reports, the parties informed the Court that they are agreeable to discussing the possibility of utilizing an Alternate Disputes Resolution ("ADR") method to resolve this case; however, the parties also stated that it believed the viability of ADR would best be discussed after discovery has concluded. Now that discovery has concluded, and the Government has had enough time to evaluate the issues raised by Anteon in its claim, the parties respectfully ask the Court to assign the case to an ADR judge at this time.

For the reasons stated above, the parties respectfully submit this joint status report. The parties respectfully request that the Court assign the case to an ADR judge at this time, so the parties may discuss their theories of the case before filing a dispositive motion in this matter.

Respectfully submitted,

By Plaintiff:

s/John Lukjanowicz
JOHN LUKJANOWICZ
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Tel: (206) 623-3427
Fax: (206) 682-6234
Attorney for Plaintiff

By Defendant:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:
JONATHAN R. CELNIKER
General Services Administration
450 Golden Gate Ave., 5W
San Francisco, CA 94102

March 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 21, 2006, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle