# In the United States Court of Federal Claims

**No. 04-1051C**
**Filed: March 23, 2006**

**ANTEON CORPORATION,**
***on behalf of its subcontractor,***
***ENVISIONEERING, INC.***
***(real party in interest)***

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**ADR Senior Judge Bohdan A. Futey**

Based upon the presiding judge's request, and pursuant to Appendix H of the Rules, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Alternative Disputes Resolution procedure adopted by this court.

**No filings with the Clerk by the court or the parties are contemplated under the Alternative Disputes Resolution procedures other than scheduling orders, if appropriate, or an order or stipulation providing for final disposition of the case. Submissions by the parties are to be directed to the above Judge.**

Brian Bishop
Brian Bishop, Clerk