# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed March 31, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ANTEON CORPORATION,** | * |
| ***on behlaf of its subcontractor,*** | * |
| **ENVISIONEERING, INC.** | * |
| **(*real party in interest)*** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Concerning the ADR proceedings in this matter, a telephonic status conference shall be held on Tuesday, April 11, 2006 at 2:30 p.m., EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**