# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed April 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ANTEON CORPORATION,** | * |
| ***on behalf of its subcontractor,*** | * |
| **ENVISIONEERING, INC.** | * |
| **(*real party in interest)*** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic conference held this day, concerning the ADR proceedings in this case, the following is hereby ordered:

1. Defendant shall file an ADR brief, not to exceed twenty (20) pages (exhibits not included) by Monday, May 15, 2006.

2. Plaintiff shall respond, not to exceed twenty (20) pages (exhibits not included) by Thursday, June 1, 2006.

3. The ADR settlement conference shall take place in Seattle, Washington. The exact date and location of the ADR settlement conference shall be determined during a telephonic status conference to be held on Monday, June 5, 2006, at 3:00 P.M. EDT.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**