# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed June 22, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to telephonic conference held on June 7, 2006, the ADR settlement conference shall be conducted in Seattle, Washington on October 3 and 4, 2006. The parties will be notified of the exact location and starting time by further order of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**