# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed August 8, 2006)**

| | |
|---|---|
| **ANTEON CORPORATION,**<br>***on behalf of its subcontractor,***<br>**ENVISIONEERING, INC.**<br>**(*real party in interest)*** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

**ORDER**

A telephonic status conference shall be held on Monday, August 14, 2006 at 2:30 p.m., EDT concerning the ADR proceedings in this matter. The court will initiate the call.

Furthermore, the ADR settlement conference to be conducted in Seattle, Washington is hereby rescheduled for October 10 and 11, 2006. The parties will be notified of the exact location and starting time by further order of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**