# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed August 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,** *
***on behlaf of its subcontractor,*** *
**ENVISIONEERING, INC.** *
**(*real party in interest)*** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this date, plaintiff shall file its ADR brief, not to exceed 20 pages, by Monday, August 21, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**