# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed August 31, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ANTEON CORPORATION,** *
***on behalf of its subcontractor,*** *
**ENVISIONEERING, INC.** *
**(*real party in interest)*** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 11, 2006, this court filed an order indicating that plaintiff shall respond to defendant's ADR brief by June 1, 2006. Telephonic conferences were held on June 7, 2006 and August 14, 2006. Plaintiff's attorney apologized for the delay in not responding to defendant's brief. On August 14, 2006, the court issued an order directing plaintiff's attorney to file the brief in question by Monday, August 21, 2006. To date plaintiff's attorney has not filed said brief.

Therefore, plaintiff has until Monday, September 11, 2006 to file its brief. Failure to file such brief in this ADR proceeding will result in the case being sent back to Chief Judge Damich with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**