# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed September 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic conference held on September 14, 2006, the ADR settlement conference shall take place on Wednesday, October 11, 2006 at 1:00 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The exact location of the courtroom will be posted on the bulletin board in the lobby.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**