# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed October 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**
**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A follow-up telephonic status conference, concerning ADR settlement in this case, shall be held on Wednesday, November 8, 2006 at 3:00 p.m., EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**