# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed November 8, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic status conference on this date, a follow-up telephonic status conference, concerning ADR settlement in this case, shall be held on Friday, November 17, 2006 at 11:00 a.m., EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**