# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed November 17, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,** *
***on behlaf of its subcontractor,*** *
**ENVISIONEERING, INC.** *
**(*real party in interest)*** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A follow-up telephonic status conference, concerning ADR settlement in this case, previously scheduled for Friday, November 17, 2006, shall be held on Wednesday, November 29, 2006 at 2:30 p.m. EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**