# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed December 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behalf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Pursuant to the telephonic status conference held on this date, the following is hereby ordered:

1. Plaintiff shall file a brief, not to exceed ten pages, concerning "Anteon's Substantive Right to Recover Damages for the Amount Paid to the Department of Labor", by Friday, December 22, 2006.

2. Defendant shall file its response brief, not to exceed ten pages, by Friday, January 5, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**