# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed January 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference, concerning ADR settlement in this case, shall be held on Tuesday, February 6, 2007 at 2:30 p.m. EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**