# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed February 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ANTEON CORPORATION,** *
***on behlaf of its subcontractor,*** *
**ENVISIONEERING, INC.** *
**(*real party in interest)*** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the parties request, the status conference, concerning ADR settlement in this case, scheduled for February 6, 2007, has been rescheduled for Wednesday, February 21, 2006 at 2:30 p.m. EST. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**