# In the United States Court of Federal Claims

**No. 04-1051C**

**(Filed May 3, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTEON CORPORATION,**
***on behlaf of its subcontractor,***
**ENVISIONEERING, INC.**
**(*real party in interest)***

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on March 6, 2007, the parties notified the court by e-mail that both Anteon Corporation and Envisioneering, Inc. had accepted the Government's counteroffer to settle this litigation. Therefore, the ADR proceeding is terminated and the case is hereby returned to Chief Judge Edward J. Damich for further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**