# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: May 21, 2007)

***********************************
**ANTEON CORPORATION,** *
*on behalf of its subcontractor,* *
ENVISIONEERING, INC. *
*(real party in interest)* *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On May 3, 2007, Judge Bohdan A. Futey issued an order terminating the ADR proceeding in this case and returning it to the undersigned for further proceedings because Plaintiff and its subcontractor have accepted the Government's counteroffer to settle this litigation. Accordingly, on or before **June 15, 2007**, the parties are hereby ORDERED to file, unless a stipulation of dismissal has already been filed, a joint status report addressing the particulars of what needs to be accomplished before settlement is finalized.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge