**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTEON CORP., on behalf of its subcontractor, ENVISIONEERING, INC. (real party in interest), | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1051C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

On May 21, 2007, the Court issued an Order stating that, unless a stipulation of dismissal is filed before June 15, 2007, the parties are to file a joint status report "addressing the particulars of what needs to be accomplished before settlement is finalized." Because a stipulation of dismissal has not been filed to date, the parties provide the following status report regarding settlement.

On May 18, 2007, the parties executed a formal settlement agreement that memorialized the terms of the parties' agreement. At this time, all but one condition precedent remains before the parties can file a joint stipulation to dismiss this case. That event is for Anteon to submit a proper final invoice for payment to close out the task order at issue. We expect Anteon to submit its final invoice by June 18, 2007. The Government expects that final payment will be made within thirty (30) days after receipt of an acceptable invoice. Once final payment is made to Anteon, the parties will close out the task order and then file a joint stipulation of dismissal. The parties expect that it will be able to file the joint stipulation of dismissal by July 19, 2007.

Respectfully submitted,

By Plaintiff:

s/John Lukjanowicz
JOHN LUKJANOWICZ
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Tel: (206) 623-3427
Fax: (206) 682-6234
Attorney for Plaintiff

By Defendant:

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:
JONATHAN R. CELNIKER
General Services Administration
450 Golden Gate Ave., 5W
San Francisco, CA 94102

June 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 15, 2007, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle