# In the United States Court of Federal Claims

No. 04-1051 C
(Filed: June 22, 2007)

*************************************
**ANTEON CORPORATION,** *
*on behalf of its subcontractor,* *
ENVISIONEERING, INC. *
*(real party in interest)* *
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

On June 15, 2007, the parties filed a joint status report in which they informed the Court that a formal settlement agreement was executed on May 18, 2007. However, before the parties can file a stipulation of dismissal, Plaintiff must submit a "proper final invoice for payment to close out the task order at issue" and the Government must make the final payment (both of which are expected to be done by July 19, 2007). Accordingly, on or before **July 31, 2007**, the parties are hereby ORDERED to file, unless a stipulation of dismissal has already been filed, a joint status report addressing the particulars of what still needs to be accomplished before this case may be closed.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge